UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE TAVARES WINTERS and
SHYTELIA RENEE PEARSON,

       Plaintiffs,                                    Case No. 1:06-CV-663

v.                                                Hon. Wendell A. Miles

OFFICER JEFF FRERES, et al,

       Defendants.
_____/

**ORDER GRANTING MOTION
TO ADJOURN CASE EVALUATION**

Pending before the court is defendants' Motion to Adjourn Case Evaluation (docket no. 48). Upon due consideration, the motion is GRANTED and the case evaluation (and deadline) are adjourned pending further order of the court.

IT IS SO ORDERED.


Dated: February 28, 2008                        /s/ Hugh W. Brenneman, Jr.
                                                        HUGH W. BRENNEMAN, JR.
                                                        United States Magistrate Judge